UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

VALERIE KLOOSTERMAN

    Plaintiffs

v.

METROPOLITAN HOSPITAL, d/b/a
UNIVERSITY OF MICHIGAN HEALTH-WEST;
RAKESH PAI, an individual; RHAE-ANN BOOKER, an individual; MARLA COLE, an individual; THOMAS PIERCE, an individual; and CATHERINE SMITH, an individual.

    Defendants.

Civil Action No. 1:22-cv-00944
Hon. Jane M. Beckering

---

### STIPULATED ORDER ALLOWING DEFENDANTS PAI, BOOKER, COLE, PIERCE AND SMITH TO FILE AMENDED MOTION AND BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

On January 9, 2023, Defendants Pai, Booker, Cole, Pierce and Smith filed their Motion to Dismiss Plaintiff's Complaint (ECF No. 14) and their Brief in Support of said Motion (ECF No. 15);

Defendants subsequently recognized the need to correct argument III.A. in said Brief (with resulting changes to the word count and table of contents and one paragraph in the Motion);

In order to allow the same, the parties have stipulated to this Order;

IT IS THEREFORE ORDERED that Defendants Pai, Booker, Cole, Pierce and Smith shall be permitted to file an Amended Motion to Dismiss and Amended Brief in Support of Motion to Dismiss Plaintiff's Complaint;

IT IS FURTHER ORDERED that Plaintiff shall have 28 days after the filing of said Amended Motion and Brief to respond to the same.

**IT IS SO ORDERED**.

Dated:   January 13, 2023

APPROVED AS TO FORM AND CONTENT

First Liberty Institute
/s Andrew W. Gould (w/ consent)
Andrew W. Gould
Attorneys for Plaintiff
2001 W. Plano Pkwy. #1600
Plano, TX 75075
(972) 941-4444
agould@firstliberty.org


Hall Render Killian Heath & Lyman, PC
/s/ Jonathon A. Rabin
Jonathon A. Rabin (P57145)
Attorneys for Individual Defendants
101 W. Big Beaver Road, Suite 745
Troy, MI 48084
(248) 740-7505
jrabin@hallrender.com

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: _____

4887-1184-1865v2