UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE KLOOSTERMAN,

    Plaintiff,

v.

METROPOLITAN HOSPITAL d/b/a
University of Michigan Health-West, et al.,

    Defendants.
_____/

Case No. 1:22-cv-944

HON. JANE M. BECKERING

## ORDER

Pending before the Court is a Proposed Stipulated Order for leave to file amended motion and brief (ECF No. 18).  The Court, having reviewed the request, finds that the filing fails to comply with W.D. Mich. LCivR 5.7(f), which requires the proposed document to be attached as an exhibit to the motion seeking leave to file.  An amended motion and brief were not attached to the proposed stipulated order.  For these reasons, the proposed stipulated order is denied without prejudice to refile.  Accordingly:

**IT IS HEREBY ORDERED** that the Proposed Stipulated Order for leave to file amended motion and brief (ECF No. 18) is DENIED without prejudice.

Dated: January 17, 2023

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge