UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE KLOOSTERMAN,

    Plaintiff,

v.

METROPOLITAN HOSPITAL d/b/a
University of Michigan Health-West, et al.,

    Defendants.
_____/

Case No. 1:22-cv-944

HON. JANE M. BECKERING

**ORDER**

This matter is before the Court on the Proposed Stipulated Order for leave to file amended motion and brief (ECF No. 21), seeking leave of court to file the proposed amended motion (ECF No. 21-1) and brief (ECF No. 21-2). The Court having reviewed the motion and the proposed submissions:

**IT IS HEREBY ORDERED** that the Proposed Stipulated Order for leave to file amended motion and brief (ECF No. 21) is GRANTED to the extent that the Clerk of Court shall accept for filing the proposed amended motion (ECF No. 21-1) and brief (ECF No. 21-2).[1]

**IT IS FURTHER ORDERED** that Plaintiff shall, not later than February 16, 2023, respond to Defendant Metropolitan Hospital's Motion to Dismiss (ECF No. 16) and Defendants Rakesh Pai, Rhae-Ann Booker, Marla Cole, Thomas Pierce, and Catherine Smith's Amended Motion to Dismiss.

---

[1] Prior to filing, the Clerk of Court is directed to remove the reference to "Exhibit A" and "Exhibit B" on page 1 of the proposed submissions.

2

**IT IS FURTHER ORDERED** that Defendants Rakesh Pai, Rhae-Ann Booker, Marla Cole, Thomas Pierce, and Catherine Smith's Motion to Dismiss (ECF No. 14) is DISMISSED as moot.

Dated:  January 19, 2023                                           /s/ Jane M. Beckering
                                                                                  JANE M. BECKERING
                                                                                  United States District Judge