UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE KLOOSTERMAN,

        Plaintiff,                         Case No. 1:22–cv–944

  vs.                                       Hon. Jane M. Beckering

METROPOLITAN HOSPITAL, et al.,

        Defendants.
_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that Defendant Metropolitan Hospital has not filed the requisite disclosure.

Accordingly,

IT IS ORDERED that Defendant Metropolitan Hospital shall file a corporate disclosure statement within seven (7) days of the date of this order. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

Dated:  January 20, 2023                      /s/ Jane M. Beckering
                                                        JANE M. BECKERING
                                                        United States District Judge