UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

VALERIE KLOOSTERMAN

    Plaintiffs

v.

METROPOLITAN HOSPITAL, d/b/a
UNIVERSITY OF MICHIGAN HEALTH-WEST;
RAKESH PAI, an individual; RHAE-ANN
BOOKER, an individual; MARLA COLE, an
individual; THOMAS PIERCE, an individual; and
CATHERINE SMITH, an individual.

    Defendants.

Civil Action No. 1:22-cv-00944
Hon. Jane M. Beckering

---

### DEFENDANTS' MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY PENDING RESOLUTION OF THEIR MOTIONS TO DISMISS

Defendants University of Michigan Health West, Rakesh Pai, Rhae-Ann Booker, Marla Cole, Thomas Pierce, and Catherine Smith, by and through their attorneys, HALL, RENDER, KILLIAN, HEATH & LYMAN, PC, respectfully move to stay discovery under Fed. R.Civ. P. 26(c) for the following reasons:

1. In lieu of answers, all Defendants in this case brought Motions to Dismiss (ECF Nos. 14-17) which rest largely on grounds of Eleventh Amendment immunity and the failure by Plaintiff to state claims on which relief can be granted.

2. As set forth in the accompanying Brief in Support, discovery is properly stayed until dispositive motions raising such threshold legal issues are decided.

WHEREFORE, Defendants University of Michigan Health-West, Pai, Booker, Cole, Pierce, and Smith, respectfully request that this Honorable Court grant their Motion and enter a

protective order staying discovery in this case until such time as their Motions to Dismiss are decided.

                Respectfully submitted,

                HALL RENDER KILLIAN HEATH & LYMAN, PC

                /s/ Jonathon A. Rabin
                Jonathon A. Rabin (P57145)
                Larry R. Jensen (P60137)
                Attorneys for Defendants
                101 W. Big Beaver Road, Suite 745
                Troy, MI  48084
                (248) 740-7505
                jrabin@hallrender.com
                ljensen@hallrender.com

January 23, 2023