UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE KLOOSTERMAN,

    Plaintiff,

v.

METROPOLITAN HOSPITAL, et al.,

    Defendants.

_____/

Case No. 1:22-cv-944

HON. JANE M. BECKERING

## ORDER

Plaintiff initiated this action on October 11, 2022 with the filing of a Complaint (ECF No. 1).  Pending before the Court are two motions to dismiss, filed by Defendant Metropolitan Hospital (ECF No. 16) and Defendants Rakesh Pai, Rhae-Ann Booker, Marla Cole, Thomas Pierce, and Catherine Smith (ECF No. 23).  On January 30, 2023, as allowed by Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff filed a First Amended Complaint (ECF No. 30, corrected by ECF No. 32).  Because the First Amended Complaint supersedes the Complaint, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), Defendants' pending motions are moot.  Accordingly,

    **IT IS HEREBY ORDERED** that Defendants' motions to dismiss (ECF Nos. 16 & 23) are DISMISSED as moot.

    **IT IS FURTHER ORDERED** that Defendants' motion to stay discovery (ECF No. 26) is DISMISSED as moot.

Dated:  February 1, 2023

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge