UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

VALERIE KLOOSTERMAN

    Plaintiffs

v.

METROPOLITAN HOSPITAL, d/b/a
UNIVERSITY OF MICHIGAN HEALTH-WEST;
RAKESH PAI, an individual; RHAE-ANN
BOOKER, an individual; MARLA COLE, an
individual; THOMAS PIERCE, an individual; and
CATHERINE SMITH, an individual.

    Defendants.

Civil Action No. 1:22-cv-00944
Hon. Jane M. Beckering

## CERTIFICATE OF CONCURRENCE

In accordance with Western District of Michigan Local Civil Rule 7.1(d), counsel for Defendants contacted Plaintiff's counsel by email on February 17, 2023, to request concurrence regarding Defendants' Motion For Protective Order To Stay Discovery Pending Resolution Of Their Motions To Dismiss ("Motion to Stay") and had other discussions regarding the same by phone. Counsel for Plaintiff states that Plaintiff does not oppose the stay, but reserves the right to file a brief response statement indicating that her non-opposition does not waive her right to oppose Defendants' assertions of entitlement to Eleventh Amendment immunity.

Respectfully submitted,

HALL RENDER KILLIAN HEATH & LYMAN, PC

/s/ Jonathon A. Rabin
Jonathon A. Rabin (P57145)
Larry R. Jensen (P60137)
Attorneys for Defendants
101 W. Big Beaver Road, Suite 745
Troy, MI 48084
(248) 740-7505

jrabin@hallrender.com
ljensen@hallrender.com

February 22, 2023

4892-7121-7483v8