UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE KLOOSTERMAN,

        Plaintiff,                              Case No. 1:22–cv–944

v.                                         Hon. Jane M. Beckering

METROPOLITAN HOSPITAL, et al.,

        Defendants.
_____/

## ORDER

       Pending before the Court is the parties' Stipulation to Extend Briefing Schedule for Defendants' Motions to Dismiss (ECF No. 41). The Court having reviewed the filing: IT IS HEREBY ORDERED that the Stipulation to Extend Briefing Schedule for Defendants' Motions to Dismiss (ECF No. 41) is GRANTED. Plaintiff's responses to Defendants' motions to dismiss (ECF Nos. 34 & 36) shall be filed no later than April 18, 2023. Defendants' replies shall be filed no later than May 11, 2023.

       IT IS SO ORDERED.

Dated:  March 7, 2023                                       /s/ Jane M. Beckering
                                                                JANE M. BECKERING
                                                                 United States District Judge