UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE KLOOSTERMAN,

    Plaintiff,

v.

    Case No. 1:22-cv-944

    HON. JANE M. BECKERING

METROPOLITAN HOSPITAL
d/b/a University of Michigan Health-West,
d/b/a Metro Health – University of Michigan
Health, et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court on Defendants' Motion to stay discovery pending resolution of the motions to dismiss (ECF No. 38). The Court having reviewed the motion to stay and brief in support (ECF No. 39), and no response in opposition having been filed:

**IT IS HEREBY ORDERED** that the Motion to stay discovery pending resolution of the motions to dismiss (ECF No. 38) is GRANTED. Discovery in this matter is stayed pending resolution of the Motions to dismiss (ECF Nos. 34 & 36) or further order of the Court.

Dated: March 9, 2023

                                                              /s/ Jane M. Beckering
                                                               JANE M. BECKERING
                                                               United States District Judge