UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE KLOOSTERMAN,

    Plaintiff,

v.

METROPOLITAN HOSPITAL
d/b/a University of Michigan Health-West,
d/b/a Metro Health – University of Michigan
Health, et al.,

    Defendants.
_____/

Case No. 1:22-cv-944

HON. JANE M. BECKERING

## ORDER

Pending before the Court is the parties' Stipulation to extend the briefing schedule (ECF No. 44), seeking to extend the briefing schedule concerning Defendants' pending motions to dismiss (ECF Nos. 34 & 36). Requests for extending time in civil cases may be granted upon good cause shown. FED. R. CIV. P. 6(b)(1). The Court previously granted an extension of the briefing schedule (*see* ECF No. 42). Having reviewed the instant request, the Court finds that the parties have failed to show good cause for granting another extension. For this reason, the Stipulation is denied without prejudice. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation to extend the briefing schedule (ECF No. 44) is DENIED without prejudice.

Dated: April 6, 2023

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge