UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE KLOOSTERMAN,

    Plaintiff,

v.

    Case No. 1:22-cv-944

    HON. JANE M. BECKERING

METROPOLITAN HOSPITAL
d/b/a University of Michigan Health-West,
d/b/a Metro Health – University of Michigan
Health, et al.,

    Defendants.
_____/

## ORDER

Pending before the Court is the parties' Amended Stipulation to extend the briefing schedule (ECF No. 46), seeking to extend the briefing schedule concerning Defendants' pending motions to dismiss (ECF Nos. 34 & 36). The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the Amended Stipulation to extend the briefing schedule (ECF No. 46) is GRANTED. Plaintiff's responses to Defendants' motions to dismiss (ECF Nos. 34 & 36) shall be filed no later than May 9, 2023. Defendants' replies shall be filed no later than June 1, 2023.

Dated: April 11, 2023                                           /s/ Jane M. Beckering
                                                                           JANE M. BECKERING
                                                                           United States District Judge