`UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VALERIE KLOOSTERMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>METROPOLITAN HOSPITAL, d/b/a<br>University of Michigan Health-West, et al.,<br><br>        Defendants. | No. 1:22-cv-00944-JMB-SJB |

## NOTICE OF WITHDRAWAL AS COUNSEL

NOTICE IS HEREBY GIVEN that the undersigned attorneys will continue to represent Plaintiff, but that attorney Jordan E. Pratt withdraws as counsel for Plaintiff in the above-captioned case. The basis for this withdrawal is that as of April 21, 2023, Mr. Pratt will no longer be employed by First Liberty Institute.

Dated: April 24, 2023

                                            Respectfully submitted,

                                                 /s/ David J. Williams
                                          By: _____
                                          David J. Williams Michigan Bar # P76932
                                          Bossenbrook Williams PC
                                          1600 Abbot Road, Ste. 200
                                          East Lansing, MI 48823
                                          Tel. (517) 333-5789
                                          david@bossenbrook.com

                                          James R. Wierenga Michigan Bar # P48946 99
                                          Monroe Ave, NW Suite 1210
                                          Grand Rapids, MI 49503
                                          Tel. (616) 454-3883
                                          jim@dwlawpc.com

Michael D. Berry
Michigan Bar # P69206
David J. Hacker
Andrew W. Gould
Courtney Jones
First Liberty Institute
2001 W. Plano Pkwy. #1600
Plano, TX 75075
Tel. (972) 941-4444
mberry@firstliberty.org
dhacker@firstliberty.org
agould@firstliberty.org
cjones@firstliberty.org

Kayla A. Toney
First Liberty Institute
1331 Pennsylvania Ave. NW
Suite 1410
Washington, DC 20004
Tel. (202) 921-4105
ktoney@firstliberty.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause on April 24, 2023 by electronic filing with the Clerk of the Court using the Court's Electronic Filing System which will send notification of such filing to the foregoing attorneys of record. I declare under the penalty of perjury that the statement above is true to the best of my information knowledge and belief.

By: /s/ Tina A. Longcore
Tina A. Longcore