The Honorable Jane M. Beckering

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| VALERIE KLOOSTERMAN, <br><br> *Plaintiff*, <br><br> v. <br><br> METROPOLITAN HOSPITAL, d/b/a University of Michigan Health-West, et al., <br><br> *Defendants*. | No. 1:22-cv-00944-JMB-SJB <br><br> **PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE CORRECTED FIRST AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff Valerie Kloosterman requests leave to amend her Corrected First Amended Complaint ("FAC"). *See* ECF No. 32; (PageID.511). Plaintiff's proposed Second Amended Complaint ("SAC") is attached hereto as Exhibit 1.

The subject amendments are necessary to address the Eleventh Amendment immunity defenses raised by Defendant Metropolitan Hospital d/b/a University of Michigan Health-West's (the "Hospital") Motion to Dismiss (PageID.714-717), and Defendants Pai, Cole, Booker, Smith, and Pierce's ("Defendants") Motion to Dismiss. (PageID.650-653). To respond to these arguments, Plaintiff seeks leave to:

(1) amend her state constitutional claims alleged in Counts VI-VIII (PageID.563-568) by dismissing her claims against the Defendants in their official capacities, and allege claims solely for monetary damages against the Defendants in their individual capacities;

(2) dismiss her claim against the Hospital under the Elliot-Larsen Civil Rights Act (ELCRA), as alleged in Count IX of the FAC (PageID.569-570), and allege an ELCRA claim for monetary damages against the Defendants in their individual capacities;

(3) clarify that her claim for reinstatement is alleged against Defendants in their official capacity only; and

(4) amend the FAC to clarify that her claim for nominal damages is made against Defendants in their individual capacities.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant her Motion and consider Plaintiffs' Responses to the Hospital and Defendants' Motions to Dismiss in light of the proposed amendments set forth in the Second Amended Complaint.

Respectfully submitted this 9th day of May, 2023.

s/ James R. Wierenga
James R. Wierenga
Michigan Bar #P48946
99 Monroe Ave, NW
Suite 1210
Grand Rapids, MI
Tel. (616) 454-3883
jim@dwlawpc.com

David J. Williams
Michigan Bar #P76932
Bossenbrook Williams PC
1600 Abbot Road, Ste. 200
East Lansing, MI 48823
Tel. (517) 333-5789
david@bossenbrook.com

*Attorneys for Plaintiff*

Michael D. Berry
Michigan Bar #P69206
David J. Hacker
Andrew W. Gould
Roger Byron
Courtney Jones
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy. #1600
Plano, TX 75075
Tel. (972) 941-4444
mberry@firstliberty.org
dhacker@firstliberty.org
agould@firstliberty.org
rbyron@firstliberty.org
cjones@firstliberty.org

Kayla Toney
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave., NW, Suite 1410
Washington, DC 20003
Tel. (972) 941-4444
ktoney@firstliberty.org