The Honorable Jane M. Beckering

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

VALERIE KLOOSTERMAN,

*Plaintiff*,

v.

METROPOLITAN HOSPITAL, d/b/a University of Michigan Health-West, et al.,

*Defendants*.

No. 1:22-cv-00944-JMB-SJB

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE CORRECTED FIRST AMENDED COMPLAINT**

**IT IS ORDERED** that Plaintiff's Motion for Leave to Amend the Corrected First Amended Complaint is GRANTED. The Court will consider Plaintiffs' Responses to the Hospital and Defendants' Motions to Dismiss in light of the proposed amendments set forth in the Second Amended Complaint.

IT IS SO ORDERED this ___ day of _____2023.

_____
JANE M. BECKERING
United States District Judge

Presented by:

*s/ James R. Wierenga_*
James R. Wierenga
Michigan Bar #P48946
99 Monroe Ave, NW
Suite 1210
Grand Rapids, MI
Tel. (616) 454-3883
jim@dwlawpc.com

David J. Williams
Michigan Bar #P76932
Bossenbrook Williams PC
1600 Abbot Road, Ste. 200
East Lansing, MI 48823
Tel. (517) 333-5789
david@bossenbrook.com

Michael D. Berry
Michigan Bar #P69206
David J. Hacker
Andrew W. Gould
Roger Byron
Courtney Jones
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy. #1600
Plano, TX 75075
Tel. (972) 941-4444
mberry@firstliberty.org
dhacker@firstliberty.org
agould@firstliberty.org
rbyron@firstliberty.org
cjones@firstliberty.org

Kayla Toney
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave., NW, Suite 1410
Washington, DC 20003
Tel. (972) 941-4444
ktoney@firstliberty.org

*Attorneys for Plaintiff*