UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE KLOOSTERMAN,

    Plaintiff,                             Case No. 1:22−cv−944

    v.                                    Hon. Jane M. Beckering

METROPOLITAN HOSPITAL, et al.,

    Defendants.
_____/

## ORDER

    This matter is before the Court on Plaintiff's Motion for Leave to File (ECF No. 57), which was filed May 25, 2023. Effective September 28, 2015, Local Rule 7.1(d) was amended to require the following:  "All nondispositive motions shall be accompanied by a separately filed certificate setting forth in detail the efforts of the moving party to comply with the obligation created by this rule." W.D. Mich. LCivR 7.1(d); see Administrative Order No. 15−RL−78 (Sept. 11, 2015).  The motion fails to comply with this requirement. Accordingly,

    IT IS ORDERED that Plaintiff's Motion for Leave to File (ECF No. 57) is DENIED without prejudice to refile.

    IT IS SO ORDERED.

Dated: May 26, 2023                /s/ Jane M. Beckering
                                        JANE M. BECKERING
                                        United States District Judge