UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VALERIE KLOOSTERMAN,<br><br>    *Plaintiff*,<br><br>v.<br><br>METROPOLITAN HOSPITAL, d/b/a University of Michigan Health-West, et al.,<br><br>    *Defendants*. | No. 1:22-cv-00944-JMB-SJB<br>Hon. Jane M. Beckering |

## CERTIFICATE OF CONCURRENCE

In accordance with Western District of Michigan Local Civil Rule 7.1(d), counsel for Plaintiff contacted Defendants' counsel by email on May 26, 2023, to request concurrence regarding Plaintiff's Motion for Leave to File a Reply in Support of Plaintiff's Motion to Amend the Corrected First Amended Complaint ("Motion for Leave"). Counsel for Defendants oppose the motion.

Respectfully submitted on the 26th of May, 2023,

*s/ Kayla A. Toney*
Kayla A. Toney
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave., NW, Suite 1410
Washington, DC 20003
Tel. (972) 941-4444
ktoney@firstliberty.org

James R. Wierenga
Michigan Bar #P48946
99 Monroe Ave, NW
Suite 1210
Grand Rapids, MI
Tel. (616) 454-3883
jim@dwlawpc.com

David J. Williams
Michigan Bar #P76932
Bossenbrook Williams PC
1600 Abbot Road, Ste. 200
East Lansing, MI 48823
Tel. (517) 333-5789
david@bossenbrook.com

Michael D. Berry
Michigan Bar #P69206
David J. Hacker
Andrew W. Gould
Roger Byron
Courtney Jones
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy. #1600
Plano, TX 75075
Tel. (972) 941-4444
mberry@firstliberty.org
dhacker@firstliberty.org
agould@firstliberty.org
rbyron@firstliberty.org
cjones@firstliberty.org

*Attorneys for Plaintiff*