UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

VALERIE KLOOSTERMAN

    Plaintiffs

v.

METROPOLITAN HOSPITAL, d/b/a
UNIVERSITY OF MICHIGAN HEALTH-WEST;
RAKESH PAI, an individual; RHAE-ANN
BOOKER, an individual; MARLA COLE, an
individual; THOMAS PIERCE, an individual; and
CATHERINE SMITH, an individual.

    Defendants.

Civil Action No. 1:22-cv-00944
Hon. Jane M. Beckering

---

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO AMEND CORRECTED FIRST AMENDED COMPLAINT

Defendants University of Michigan Health West, Rakesh Pai, Rhae-Ann Booker, Marla Cole, Thomas Pierce, and Catherine Smith, by and through their attorneys, HALL, RENDER, KILLIAN, HEATH & LYMAN, PC, respond herein to Plaintiff's Motion for Leave to File Reply in Support of Motion to Amend Corrected First Amended Complaint:

1. For each of the reasons set forth in the attached Brief in Support, the Court should deny Plaintiff's Motion and grant Defendants their costs and such other relief as this Court deems proper.

                                      Respectfully submitted,

                                      HALL RENDER KILLIAN HEATH & LYMAN, PC

                                      /s/ Jonathon A. Rabin  
                                      Jonathon A. Rabin (P57145)  
                                      Larry R. Jensen (P60137)  
                                      Attorneys for Defendants  
                                      101 W. Big Beaver Road, Suite 745  
                                      Troy, MI 48084  
                                      (248) 740-7505  
                                      jrabin@hallrender.com  
                                      ljensen@hallrender.com

May 26, 2023

4891-3289-8150v1