**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| VALERIE KLOOSTERMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>METROPOLITAN HOSPITAL, d/b/a University of Michigan Health-West, et al.,<br><br>        Defendants. | No. 1:22-cv-00944-JMB-SJB |

**NOTICE OF WITHDRAWAL AS COUNSEL**

NOTICE IS HEREBY GIVEN that Courtney Jones withdraws as counsel for Plaintiff in the above-captioned case. The basis for this withdrawal is that as of May 31, 2023, Courtney Jones will no longer be employed by First Liberty Institute. The undersigned attorneys will continue to represent Plaintiff.

Dated: May 31, 2023.

                                                              Respectfully submitted,

                                                              By: /s/David J. Williams
                                                              David J. Williams P76932
                                                              Bossenbrook Williams PC
                                                              1600 Abbot Road, Ste. 200
                                                              East Lansing, MI 48823
                                                              Tel. (517) 333-5789
                                                              david@bossenbrook.com

                                                              James R. Wierenga P48946
                                                              99 Monroe Ave, NW Suite 1210
                                                              Grand Rapids, MI 49503
                                                              Tel. (616) 454-3883
                                                              jim@dwlawpc.com

Michael D. Berry P69206
David J. Hacker
Andrew W. Gould
First Liberty Institute
2001 W. Plano Pkwy. #1600
Plano, TX 75075
Tel. (972) 941-4444
mberry@firstliberty.org
dhacker@firstliberty.org
agould@firstliberty.org

Kayla Toney
First Liberty Institute
1331 Pennsylvania Ave. NW
Suite 1410
Washington, DC 20004
Tel. (202) 921-4105
ktoney@firstliberty.org

*Counsel for Plaintiff*