UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE KLOOSTERMAN,

     Plaintiff,

                                Case No. 1:22-cv-944

v.

                                HON. JANE M. BECKERING

METROPOLITAN HOSPITAL, et al.,

     Defendants.

_____/

## NOTICE ADJOURNING HEARING

The Rule 16 Scheduling Conference set in this matter for **November 21, 2023** is hereby **adjourned without date** pending resolution of the motion to compel arbitration and dismiss the second amended complaint (ECF No. 73) and further order of the Court.   The deadline to file the joint status report is moot.


                                    JANE M. BECKERING
                                    United States District Judge


Dated: November 3, 2023               /s/ Rick Wolters
                                    Case Manager