UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE KLOOSTERMAN,

    Plaintiff,

v.

METROPOLITAN HOSPITAL, et al.,

    Defendants.
_____/

Case No. 1:22-cv-944

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's Second Amended Complaint (ECF No. 69) is DISMISSED WITHOUT PREJUDICE to proceeding in arbitration.

For purposes of this Court's docket, this case is CLOSED.

Dated: April 5, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge