**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VALERIE KLOOSTERMAN,

      *Plaintiff- Appellant*,

  v.

METROPOLITAN HOSPITAL, d/b/a University
of Michigan Health-West, et al.,

      *Defendants/Appellees*.

No. 1:22-cv-00944-JMB-SJB
Hon. Jane M. Beckering

## NOTICE OF APPEAL

Plaintiff Valerie Kloosterman appeals to the U.S. Court of Appeals for the Sixth Circuit the attached final order (ECF No. 79, Page ID.1583 et seq), and judgment (ECF No. 80, Page ID.1605) of this Court given in this case on April 5, 2024, in favor of the above Defendants-Appellees and against Plaintiff-Appellant.

Respectfully submitted this 3rd day of May, 2024,

/s/ *Kayla A. Toney*
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave., NW, Suite 1410
Washington, DC 20003
(202) 921-4105
ktoney@firstliberty.org

James R. Wierenga
Michigan Bar No. P48946
99 Monroe Ave., NW
Suite 1210
Grand Rapids, MI
(616) 454-3883
jim@dwlawpc.com

David J. Williams
Michigan Bar No. P76932
Bossenbrook Williams PC
1600 Abbot Road, Suite 200
East Lansing, MI 48823
david@bossenbrook.com

David J. Hacker
Roger Byron
FIRST LIBERTY INSTITUTE
2001 W. Plano Parkway, Suite 1600
Plano, TX 75075
(972) 941-4444
dhacker@firstliberty.org
rbyron@firstliberty.org

*Attorneys for Plaintiff-Appellee*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 3rd day of May, filed the foregoing document with the

Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail

notification of such filing.

*s/ Kayla A. Toney*
Kayla A. Toney
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave., NW, Suite 1410
Washington, DC 20003
Tel. (972) 941-4444
ktoney@firstliberty.org

May 3, 2024