# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 06, 2024

Ms. Kayla Toney
First Liberty Institute
1331 Pennsylvania Avenue, N.W.
Suite 1410
Washington, DC 20004

> Re: Case No. 24-1398, *Valerie Kloosterman v. Metropolitan Hospital, et al*
>      Originating Case No. : 1:22-cv-00944

Dear Counsel,

   This appeal has been docketed as case number **24-1398** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 20, 2024**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

    You have until **May 20, 2024** to either pay the $605.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit.   Either one must be paid/filed with the <u>U.S. District Court</u>.  **Failure to do one or the other may result in the dismissal of the appeal without further notice**.  If you move for pauper status and the district court denies your motion in part or in full, or if you are otherwise dissatisfied with the district court's ruling, you may renew the motion for pauper status in this court within 30 days of that ruling.

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                                       Sincerely yours,

                                                       s/Robin L Baker
                                                       Case Manager
                                                       Direct Dial No. 513-564-7014

cc:  Mr. Jonathon A. Rabin

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 24-1398

VALERIE KLOOSTERMAN

        Plaintiff - Appellant

v.

METROPOLITAN HOSPITAL, dba University of Michigan Health - West, dba Metro Health - University of Michigan Health; RAKESH PAI, individually and in his official capacity as President, Medical Group & Chief Population Health Officer at Univeristy of MIchigan Health-West; RHAE-ANN BOOK, individually and in her official capacity as Vice President of Diveristy, Equality, and Inclusion at Univeristy of MIchigan Health-West; MARIA COLE, individually and in her official capacity as Director of Human Resources at Univeristy of MIchigan Health-West; THOMAS PIERCE, individually and in his official capacity as Diveristy, Equity & Inclusion Coordinator at Univeristy of MIchigan Health-West; CATHERINE SMITH, individually and in her official capacity as a member of the Advanced Practice Providers' Council at Univeristy of MIchigan Health-West

        Defendants - Appellees