**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VALERIE KLOOSTERMAN,

        *Plaintiff*,

    v.

METROPOLITAN HOSPITAL, d/b/a University
of Michigan Health-West, et al.,

        *Defendants*.

No. 1:22-cv-00944-JMB-SJB
Hon. Jane M. Beckering

**SUGGESTION OF DEATH UPON THE RECORD**

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiff-Appellant Valerie Kloosterman

hereby notifies the Court that defendant Dr. Rhae-Ann Booker has passed away. Counsel for Dr.

Booker notified Ms. Kloosterman's counsel of Dr. Booker's passing on May 14, 2024, after Ms.

Kloosterman filed the notice of appeal on May 3, 2024.

        Respectfully submitted,

        /s/ *Kayla A. Toney*
        FIRST LIBERTY INSTITUTE
        1331 Pennsylvania Ave., NW, Suite 1410
        Washington, DC 20003
        (202) 921-4105
        ktoney@firstliberty.org

        David J. Hacker
        Roger Byron
        FIRST LIBERTY INSTITUTE
        2001 W. Plano Parkway, Suite 1600
        Plano, TX 75075

(972) 941-4444
dhacker@firstliberty.org
rbyron@firstliberty.org

James R. Wierenga
Michigan Bar No. P48946
99 Monroe Ave., NW
Suite 1210
Grand Rapids, MI
(616) 454-3883
jim@dwlawpc.com

David J. Williams
Michigan Bar No. P76932
Bossenbrook Williams PC
1600 Abbot Road, Suite 200
East Lansing, MI 48823
david@bossenbrook.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 14th day of June, filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

I also certify that, pursuant to Federal Rules of Civil Procedure 4(e)(2)(C) and 25(a)(3), this motion will be electronically sent to Mr. Robert Huff at Varnum LLP, rmhuff@varnumlaw.com, who represents Mr. Michael Booker and has agreed in writing to accept service on his behalf as his agent.

/s/ *Kayla A. Toney*
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave., NW, Suite 1410
Washington, DC 20003
(202) 921-4105
ktoney@firstliberty.org