UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

VALERIE KLOOSTERMAN,

      Plaintiff,

v.                                                                      Hon. Jane M. Beckering

METROPOLITAN HOSPITAL, et al.,                  Case No. 1:22-cv-944

      Defendants.

**ORDER**

The Court has been informed of the parties' agreement to settle this matter and hereby orders that appropriate stipulated dismissal documents, prepared for entry by United States District Judge Jane M. Beckering, shall be filed with the Court by July 28, 2026.

      IT IS SO ORDERED.

Dated: June 30, 2026                                    /s/ Sally J. Berens
                                                SALLY J. BERENS
                                              U.S. Magistrate Judge